IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER J. JACOBSON,<br><br>Defendant. | PO-24-5035-GF-JTJ<br><br>VIOLATIONS:<br>E1384002<br>E1384003<br>E1384005<br>Location Code: M13<br><br>**ORDER** |
|---|---|

Based upon the United States' motion to extend the deadline for payment in this case, **IT IS ORDERED** that the February 17, 2025 payment deadline for violations E1384002, E1384003, and E1384005 is **VACATED**.

The payment deadline for violations E1384002, E1384003, and E1384005 is **RESET** for April 11, 2025.

DATED this 17th day of December, 2024.

_____
John Johnston
United States Magistrate Judge